

FILED _____ ENTERED
LODGED _____ RECEIVED

APR 11 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.:WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORP., et al. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon the Motion of Plaintiff, The Columbia Bank, for an Order allowing it to deposit interpleaded funds in the amount of Six Million Thirty-Three Thousand One Hundred Thirty-Six Dollars and Eighty-Five Cents ($6,033,136.85) (the "Funds"), into the registry of the Court, and all other papers filed in this action, it is hereby this _____ day of April, 2000, ORDERED,

That the Clerk of the Court shall allow the deposit of the Funds by The Columbia Bank into the registry of the Court and shall provide The Columbia Bank with an appropriate receipt; and it is further ORDERED

That a copy of this Order shall be served along with the original Summons and Complaint and other papers upon the Defendants.

_____
The Honorable Andre M. Davis, Judge
United States District Court for the
District of Maryland