IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION



| | | |
|---|---|---|
| THE COLUMBIA BANK | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORP., et al. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the letter stipulation filed by The Columbia Bank with reference to its Motion for Partial Summary Judgment and to Withdraw a Portion of the Interpleaded Funds (the "Motion") (Paper 17), it is hereby ORDERED this 16th day of June, 2000

ORDERED that the time to respond to the Motion (Paper 17) is hereby extended until June 23, 2000 for all parties that have answered the Complaint; and it is further

ORDERED that as to parties that have not responded to the Complaint, the date to respond to the Motion for Partial Summary Judgment (Paper 17), shall be ten days after the filing of their answer or other responsive pleading.

_____
Honorable William M. Nickerson, Judge
United States District Court for the
District of Maryland

cc: Counsel of Record and Unrepresented Parties



PLD0442-1645-01
6/15/2000

*[signature]*
Jonathan P. Sills
Federal Bar No.: 23659

Serotte, Rockman & Wescott, P.A.
409 Washington Avenue
Suite 610
Baltimore, Maryland  21204-4903
(410) 825-7900

Attorneys for Defendants
The Harford County Education
   Association, Inc., et al.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint was served upon Joseph T. Mallon, Jr., Esquire, Mallon & McCool, LLC, 16 S. Calvert Street, Suite 1002, Baltimore, Maryland 21202, attorneys for Plaintiff, by depositing a copy of the same in the U.S. mail, postage prepaid, this 15th day of June, 2000.

*[signature]*
Jonathan P. Sills
Attorney for Defendants

JPS\2495MSC.6
June 15, 2000