IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| The Columbia Bank, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Network One Financial )<br>Corporation et al., )<br>)<br>Defendants. )<br>) | Civil Action No. WMN-00-CV-1002 |

## ORDER

This matter having come before the Court on the joint request of Defendant Charter One Bank, FSB ("Charter One") and Plaintiff The Columbia Bank ("Columbia") for an extension of time for Charter One to answer or otherwise file responsive pleadings, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1.     The time by which Charter One shall serve an answer or other responsive pleading has been extended by ten (10) calendar days.

2.     Charter One shall serve an answer or other responsive pleading to Columbia's Complaint by June 23, 2000.



DATED this __16th__ day of June, 2000.

_____
The Honorable William M. Nickerson
United States District Court for the District of Maryland