# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

COLUMBIA BANK

    Plaintiff(s)

vs.

NETWORK ONE FINANCIAL CORPORATION, ET AL.

    Defendant(s)

Civil Action No. WMN-00-CV1002

✓ FEE PAID

___ FEE NOT PAID
(SEND LETTER)

FILED
LODGED
ENTERED
RECEIVED

JUN 19 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Mitchel H. Kider__ Esquire a member of the Bar of this court, moves the admission of __Todd A. Newman__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Charter One Bank__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _____

__Massachusetts and the District of Columbia__

and/or the following United States Court(s): _____

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __1__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6/98

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT: Mitchel H. Kider

_____
Signature

1300 19th Street, 5th Floor
Address

Washington, DC 20036

(202) 628-2000
Office phone number

(202) 628-2011
Fax number

25343
Md. U.S. District Court Number

PROPOSED ADMITTEE: Todd A. Newman

_____
Signature

1300 19th Street, 5th Floor
Address

Washington, DC 20036

(202) 628-2000
Office phone number

(202) 628-2011
Fax number

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

6/16/00                                    _____
Dated                                      Judge, U.S. District Court

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Admission Pro Hac Vice of Todd A. Newman has been served by First Class Mail, postage prepaid, by placing same in a depository of the U.S. Postal Service on June 13, 2000 to the following counsel and unrepresented parties:

H. Mark Stichel, Esq.
Gohn, Hankey & Stichel, LLP
210 N. Charles St.
Baltimore, MD 21201
Counsel for:
Merchant Commerce, Inc.

H. Kenneth Kudon, Esq.
Kudon Law Firm
2 Old Creek Ct.
Potomac, MD 20854
Counsel for:
Powercard International, Inc.

Leslie J. Polt, Esq.
John E. Lucian, Esq.
Blank, Rome, Comisky & McCauley, LLP
250 West Pratt St., Ste. 1100
Baltimore, MD 21201
Counsel for:
Citizens Bank

Charles A. Forrest, Jr. Esq.
Forrest & Sirna
703 E. Court St.
Flint, MI 48503
Counsel for:
West Side Auto Employees Fed. Credit Union

Mr. Luther Deaton, Jr., Pres. and CEO
Central Bank & Trust Co.
300 West Vine St.
Lexington, KY 40507

Victor Klingelhofer, Esq.
Daniel H. DuVal, Esq.
Cohen Mohr LLP
1420 Beverly Rd., Ste. 330
McLean, VA 22101
Counsel for:
Network 1 Financial Corp and EFTNet Corp.

Dennis P. McGlone, Esq.
Gordon, Feinblatt, Rothman, Hoffberger, & Hollander, LLC
233 E. Redwood St.
Baltimore, MD 21202
Counsel for Plaintiff

_Todd Newman_
Todd Newman