IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| THE COLUMBIA BANK, | * |
| Plaintiff, | * |
| vs. | *   Civil Action No.: WMN-00-CV-1002 |
| NETWORK 1 FINANCIAL CORPORATION, et al., | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION

The Columbia Bank (the "Bank") and West Side Auto Employees Federal Credit Union ("West Side") through their undersigned attorneys, stipulate to an extension of the date for to answer or otherwise submit responsive pleadings in the captioned case to June 30, 2000.

WHEREFORE, The Columbia Bank and West Side respectfully requests entry of an order extending the date to answer or otherwise submit responsive pleadings in the captioned case to June 30, 2000.

Respectfully submitted,

| | |
|---|---|
| /s/ Dennis P. McGlone | /s/ J. Preston Turner (DPM) |
| Dennis P. McGlone | J. Preston Turner, Esq. |
| Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC | Pope & Hughes Suite 110 |
| 233 East Redwood Street | 29 W. Susquehanna Ave. |
| Baltimore, MD 21202 | Towson, MD 21204 |
| (410) 576-4073 | 410/494-7777 |
| Attorneys for The Columbia Bank | Attorneys for West Side Auto Employees Federal Credit Union |

APPROVED AND SO ORDERED,
This **26th** Day of June 2000:

_____
Hon. William M. Nickerson
Judge, United States District Court
District of Maryland


cc: Counsel of Record

PLD0430-L645-01.doc

N/A
N/A

## CERTIFICATE OF SERVICE

      I certify that the foregoing Stipulation and proposed Order has been served by First Class mail by placing same in a depository of the U. S. Postal Service on June 22, 2000 to the following counsel and unrepresented parties:

J. Preston Turner, Esq.
Pope & Hughes
Suite 110
29 W. Susquehanna Ave.
Towson, MD 21204

Victor G. Klingelhofer
Cohen Mohr LLP
Suite 330
1420 Beverly Rd.
McLain, VA 22201

H. Kenneth Kudon, Esq.
Kudon Law Firm
Two Old Creek Court
Potomac, MD 20854

H. Mark Stichel, Esq.
Gohn, Hankey & Stichel, LLP
Fidelity Building, Suite 1520
210 N. Charles St.
Baltimore, MD 21201

Charles A. Forrest, Jr., Esq.
Forrest & Sirna
703 E. Court St.
Flint, MI 48503-2024

Lesley J. Polt, Esq.
John E. Lucian, Esq.
Blank, Rome, Comiskey & McCauley
250 W. Pratt St.
Baltimore, MD 21201

Mitchel H. Kider
Todd A. Newman
Weiner Brodsky Sidman & Kider PC
1300 19th Street, N.W.
Fifth Floor
Washington, DC 20036

Steven E. Tiller, Esq.
Whiteford, Taylor & Preston, LLP
Seven St. Paul St.
Baltimore, MD 21202-1626

R. Keith Moorman, Esq.
Brown, Todd & Heyburn
250 W. Main St., Suite 2700
Lexington, KY 40507

_____
Dennis P. McGlone

PLD0430-1.645-01.doc



# GORDON·FEINBLATT
## ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**DENNIS P. MCGLONE**
410.576.4154
FAX 410.576.4246
dmcglone@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

June 23, 2000

JUN 2 3 2000

**VIA HAND DELIVERY**

Clerk of Court
United States District Court
 for the District of Maryland
Northern Division
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

        Re:   *The Columbia Bank v. Network 1 Financial Corporation, et al.*
              Civil Action No. WMN-00-CV1002

Dear Clerk:

       Enclosed please find the Original and three copies of a Stipulation for the extension of the time for West Side Auto Employees Federal Credit Union to answer or otherwise plead. Please enter this Stipulation on the docket in the referenced case and please return a date-stamped copy using the enclosed, self-addressed, stamped envelope.

              Sincerely,

              Dennis P. McGlone

DPM/dlh
Enclosure

cc: Counsel of Record

LTR0229-L645-01.doc
3/10/2000