IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.:WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORP., et al. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the letter request by The Columbia Bank for the entry of a consent order and all other papers filed in this matter and for good cause shown, it is hereby ORDERED this 26th day of June, 2000

ORDERED that the date for response for all parties to the pending Motion for Partial Summary Judgment is hereby extended to July 3, 2000.

_____
Honorable William M. Nickerson, Judge
United States District Court for the
District of Maryland

cc: Counsel of Record and Unrepresented Parties



ORD0461-L645-01
06/23/2000

| | |
|---|---|
| Dennis P. McGlone<br>Gordon, Feinblatt, Rothman, Hoffberger<br>  & Holander, LLC<br>233 E. Redwood St.<br>Baltimore, MD 21202 | Lesley J. Polt<br>John Lucian<br>Blank, Rome, Comiskey & McCauley<br>250 W. Pratt St.<br>Baltimore, MD 21201 |
| Victor G. Klingelhofer<br>Cohen Mohr, LLP<br>1055 Thomas Jefferson St., N.W., Suite 504<br>Washington, D.C. 20007 | Steven E. Tiller<br>Whiteford, Taylor & Preston, LLP<br>Seven Saint Paul St.<br>Baltimore, MD 21202-1626 |
| H. Kenneth Kudon<br>Kudon Law Firm<br>Two Old Creek Court<br>Potomac, MD 20854 | Charles A. Forrest, Jr.<br>Forrest & Sirna<br>703 E. Court St.<br>Flint, MI 48503-2024 |
| R. Keith Moorman<br>Brown, Todd & Heyburn PLLC<br>2700 Lexington Financial Center<br>250 West Main St.<br>Lexington, KY 40507-1742 | H. Mark Stichel<br>Gohn, Hankey & Stichel, LLP<br>Fidelity Building, Suite 1520<br>210 N. Charles St.<br>Baltimore, MD 21201 |
| Mitchel H. Kider<br>Todd A. Newman<br>Weiner Brodky Sidman Kider, P.C.<br>1300 19th St., N.W., Fifth Floor<br>Washington, D.C. 20036 | |