UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| THE COLUMBIA BANK, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> NETWORK 1 FINANCIAL ) <br> CORPORATION et al., ) <br> ) <br> Defendants. ) | Civil Action No. WMN 00 CV 1002 |

## PRAECIPE

Network 1 Financial Corporation files this praecipe in response to The Columbia Bank's ("the Bank") motion to dismiss Count 2 of Network 1's counterclaim.

Network 1 hereby withdraws Count 2 of its counterclaim against the Bank. Network 1 will file an amended counterclaim to that effect following the Court's decision on the remainder of the Bank's motion to dismiss.

Respectfully submitted,

/s/ Victor G. Klingelhofer
Victor G. Klingelhofer
Maryland Federal Bar No. 13318
Daniel H. DuVal
Cohen Mohr LLP
1420 Beverly Road, Suite 330
McLean, VA 22201
Tel.: (703) 761-1100
Fax: (703) 761-0180
Counsel for Network 1 Financial Corporation

"APPROVED" THIS 30th DAY OF June, 2000

_____
UNITED STATES DISTRICT JUDGE