IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORP., et al. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the letter stipulation filed by The Columbia Bank for the entry of a consent order and all other papers filed in this matter and for good cause shown, it is hereby ORDERED this 7th day of July, 2000

ORDERED that the date for response for all parties to the pending Motion for Partial Summary Judgment is hereby extended to July 10, 2000.

_____
Honorable William M. Nickerson, Judge
United States District Court for the
District of Maryland

cc: Counsel of Record

[Stamp: FILED ___ ENTERED ___ LODGED ___ RECEIVED ___ JUL 5 2000 AT BALTIMORE CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND BY ___ DEPUTY]

ORD0461-1645-02.doc
06/30/2000

Dennis P. McGlone
Gordon, Feinblatt, Rothman, Hoffberger
 & Holander, LLC
233 E. Redwood St.
Baltimore, MD 21202

Victor G. Klingelhofer
Cohen Mohr, LLP
1420 Beverly Rd., Suite 330
McLain, VA 22201

H. Kenneth Kudon
Kudon Law Firm
Two Old Creek Court
Potomac, MD 20854

R. Keith Moorman
Brown, Todd & Heyburn PLLC
2700 Lexington Financial Center
250 West Main St.
Lexington, KY 40507-1742

Mitchel H. Kider
Todd A. Newman
Weiner Brodky Sidman Kider, P.C.
1300 19th St., N.W., Fifth Floor
Washington, D.C. 20036

J. Preston Turner, Esquire
Pope & Hughes
Suite 110
29 West Susquehanna Avenue
Towson, Maryland 21204

Lesley J. Polt
John Lucian
Blank, Rome, Comiskey & McCauley
250 W. Pratt St.
Baltimore, MD 21201

Steven E. Tiller
Whiteford, Taylor & Preston, LLP
Seven Saint Paul St.
Baltimore, MD 21202-1626

Charles A. Forrest, Jr.
Forrest & Sirna
703 E. Court St.
Flint, MI 48503-2024

H. Mark Stichel
Gohn, Hankey & Stichel, LLP
Fidelity Building, Suite 1520
210 N. Charles St.
Baltimore, MD 21201