IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORP., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION

The Columbia Bank (the "Bank") and West Side Auto Employees Federal Credit Union ("West Side") through their undersigned attorneys, stipulate to an extension of the date for West Side to answer or otherwise submit responsive pleadings in the captioned case to July 14, 2000.

WHEREFORE, The Columbia Bank and West Side respectfully requests entry of an order extending the date to answer or otherwise submit responsive pleadings in the captioned case to July 14, 2000.

Respectfully submitted,                          Respectfully submitted,


_____                        _____
Dennis P. McGlone                                J. Preston Turner
Bar No. 04127                                    Bar No. 8449
Gordon, Feinblatt, Rothman,                      Pope & Hughes, P.A.
Hoffberger & Hollander, LLC                      29 W. Susquehanna Ave., Suite 110
233 East Redwood Street                          Towson, Maryland 21204
Baltimore, Maryland 21202                        Tel: (410) 494-7777
Tel: (410) 576-4154

Attorneys for The Columbia Bank



OF COUNSEL:
FORREST & SIRNA
Charles A. Forrest, Jr.
703 E. Court St.
Flint, Michigan 48503-2024
Tel: (810) 238-4030

Attorneys for West Side Auto Employees Federal Credit Union


APPROVED AND SO ORDERED,
this 11 day of July, 2000:

_____
Hon. William M. Nickerson
Judge, United States District Court
District of Maryland

cc:   Counsel of Record

## CERTIFICATE OF SERVICE

I certify that the foregoing Stipulation has been served by First Class mail by placing same in a depository of the U.S. Postal Service on June 29, 2000 to the following counsel and un-represented parties:

H. Kenneth Kudon, Esquire
Kudon Law Firm
Two Old Creek Court
Potomac, Maryland  20854

Victor G. Klingelhofer, Esquire
Cohen Mohr LLP
1420 Beverly Road, Suite 330
McLean, Virginia  22201

H. Mark Stichel, Esquire
Gohn, Hankey & Stichel, LLP
Fidelity Building, Suite 1520
210 N. Charles Street
Baltimore, Maryland  21201

Lesley J. Polt, Esquire
John E. Lucian, Esquire
Blank, Rome, Comiskey & McCauley
250 W. Pratt Street
Baltimore, Maryland  21201

Steven E. Tiller, Esquire
Whiteford, Taylor & Preston, LLP
Seven St. Paul St.
Baltimore, Maryland  21202-1626

R. Keith Moorman, Esquire
Brown, Todd & Heyburn PLLC
2700 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507-1742

Michael H. Kider, Esquire
Todd A. Newman, Esquire
Weiner Brodsky Sidman Kider PC
1300 19th Street, N.W.
Fifth Floor
Washington, DC  20036

_____
J. Preston Turner

3