

DEC 4 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# GORDON•FEINBLATT
ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**DENNIS P. MCGLONE**
410.576.4154
FAX 410.576.4246
dmcglone@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

December 1, 2000

**VIA HAND DELIVERY**

Hon. William M. Nickerson
United States District Judge
United States District Court
101 West Lombard Street
Baltimore, MD 21201

    Re:    <u>The Columbia Bank v. Network 1 Financial Corporation,</u>
             Civil No. WMN-00-CV1002

Dear Judge Nickerson:

       This is in response to the Court's November 17, 2000 Scheduling Order, directing a report on the potential deposition hours for this case. I have been authorized by counsel to most of the parties to this action to file this report with the Court on their behalf.

       The majority of the parties conducted a telephone conference on November 28, 2000, regarding the proposed number deposition hours. Representatives of The Columbia Bank, Network 1, EFTNet, Merchant Commerce, Central Bank & Trust Company, and Charter One Bank participated in the conference. The attorney for West Side Auto Employees Federal Credit Union was unable to take part in the conference due to a conflict but stated that he had no objections to a consensus reached by the participants. The parties were unable to reach counsel for Citizens Bank and Powercard International for the telephone conference. However, Powercard International's counsel subsequently provided his input.

       The following are the parties' best estimates of the deposition hours that will be required for this case:

| | |
|---|---|
| Powercard | 36 hours |
| Network 1 and EFTNet | 30 hours |
| Merchant Commerce | 24 hours |
| Central Bank | 12 hours |

APPROVED
December __, 00
William Nickerson

LTR0832-L645-01.doc
11/30/2000



Hon. William M. Nickerson
December 1, 2000
Page 2

|  |  |
|---|---|
| Charter One Bank | 12 hours |
| Citizens Bank | 12 hours |
| West Side Auto | <u>12 hours</u> |
| Defense Subtotal | 138 hours |
| The Columbia Bank | <u>130 hours</u> |
| Total | 268 hours |

The parties recognize that the above estimates may contain some overlap and that the total hours needed for each may be increased or reduced depending upon the outcome of the various motions now pending before the Court, and depending upon the information learned in discovery. These hours may also be affected by the issue of class certification. However, they represent the best estimates of the parties at this time.

We appreciate this opportunity to provide our input to the Court. If there is any further information that we may provide in this regard, we will be happy to do so.

Very truly yours,

Dennis P. McGlone

cc: Counsel of Record

LTR0832-L645-01.doc
11/30/2000



Hon. William M. Nickerson
December 1, 2000
Page 3

I HEREBY CERTIFY that on this 1st day of December, 2000, copies of the foregoing joint letter report to the Court on proposed deposition hours were mailed first-class, postage prepaid to:

Victor G. Klingelhofer, Esq.
Cohen Mohr LLP
Suite 330
1420 Beverly Road
McLain, Virginia 22201
Attorneys for Network 1 Financial
Corporation and EFTNet Corporation.

H. Kenneth Kudon, Esq.
Kudon Law Firm
Two Old Creek Court
Potomac, MD 20854
Attorneys for Powercard International, Inc.,

H. Mark Stichel, Esq.
Gohn, Hankey & Stichel, LLP
Fidelity Building, Suite 1520
210 N. Charles St.
Baltimore, MD 21201
Attorneys for Merchant Commerce, Inc.

Charles A. Forrest, Jr., Esq.
Forrest & Sirna
703 E. Court St.
Flint, MI 48503-2024
Attorneys for West Side Auto Employees
Federal Credit Union

Steven E. Tiller, Esq.
Whiteford, Taylor & Preston, LLP
Seven St. Paul St.
Baltimore, MD 21202-1626
Attorneys for Central Bank & Trust Co.

Lesley J. Polt, Esq.
John E. Lucian, Esq.
Blank, Rome, Comiskey & McCauley
250 W. Pratt St.
Baltimore, MD 21201
Attorneys for Citizens Bank

R. Keith Moorman, Esq.
Brown, Todd & Heyburn
250 W. Main St., Suite 2700
Lexington, KY 40507
Attorneys for Central Bank & Trust Co.

Mitchell J. Kider, Esq.
Todd Newman, Esq.
Weiner, Brodsky, Sidman & Kider P.C.
1300 19th Street N.W., 5th Floor
Washington, D.C. 20036
Attorneys for Charter One Bank

J. Preston Turner, Esq.
Pope & Hughes
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
Attorneys for West Side Auto Employees
Federal Credit Union

_____
Dennis P. McGlone

LTR0832-L645-01.doc
11/30/2000