

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE COLUMBIA BANK | : |
| | : |
| v. | : Civil Action WMN-00-1002 |
| | : |
| NETWORK 1 FINANCIAL CORP., et al. | : |
| | : |

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 14th day of December 2000, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Joint Motion of Nonbank Defendants for Expedited Hearing and Immediate Recrediting of Interpleaded Funds (Paper No. 8) is hereby DENIED;

2. That The Columbia Bank's Motion for Partial Summary Judgment and to Withdraw a Portion of Interpleaded Funds (Paper No. 17) is hereby DENIED:

3. That The Columbia Bank's Motion to Dismiss the Counterclaim of Powercard International, Inc. or in the Alternative, for Summary Judgment (Paper No. 26) is hereby DENIED;

4. That The Columbia Bank's Motion to Dismiss Counts 2 and 3 of the Counterclaim of Network 1 Financial Corporation or in the Alternative, for Summary Judgment (Paper No. 27) is hereby

DENIED:

5. That The Columbia Bank's Motion to Dismiss Counts Two and Three of the Counterclaim of Merchant Commerce, Inc. or in the Alternative, for Summary Judgment (Paper No. 33) is hereby DENIED;

6. That Citizens Bank's Motion to Dismiss Cross-Claim of Central Bank and Trust (Paper No. 41) is hereby DENIED;

7. That Motion of the Nonbank Defendants Under Rule 56(f) of the Federal Rules of Civil Procedure for Refusal or Continuance of Motions for Summary Judgment of Plaintiff The Columbia Bank (Paper No. 65) is hereby GRANTED;

8. That Motion of Powercard International, Inc. Under Rule 56(e) of the Federal Rules of Civil Procedure to Strike Second Affidavit of John A. Scaldara, Jr. Filed in Support of Motion for Summary Judgment of Plaintiff The Columbia Bank (Paper No. 67) is hereby DENIED as moot;

9. That Joint Motion for Stay of Discovery Until January 19, 2001, (Paper No. 78) is hereby GRANTED;

10. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

_____
William M. Nickerson
United States District Judge