IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORP., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Defendant West Side Auto Employees Federal Credit Union's Unopposed Motion To File Amended Answer, and The Columbia Bank having not opposed said Motion, it is this 20th day of December, 2000, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant West Side Auto Employees Federal Credit Union's Unopposed Motion To File Amended Answer, BE, and the same hereby, IS GRANTED;

2. That the Amended Answer attached to the within Motion as Exhibit A shall be deemed file with this Court as of the date of the entry of this Order.

*[signature]*
William M. Nickerson,
United States District Court Judge

cc:   All counsel of record

FILED ___ LODGED ___
DEC 20 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY