IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORP., et al. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Stipulation To Extend Time To Answer Counterclaims filed by The Columbia Bank and by Non-bank Defendants Network 1 Financial Corporation, EFTNet Corporation, Powercard International, Inc., and Merchant Commerce, Inc., it is this 28th day of December, 2000, it is hereby

ORDERED that the time to respond to the Counterclaims filed in this matter is hereby extended to January 5, 2001.

_____
Hon. William N. Nickerson
Judge, United States District Court

cc: Counsel of Record

