IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

THE COLUMBIA BANK,                          *

                    Plaintiff,              *

v.                                          *        Civil Action No.:  WMN-00-CV1002

NETWORK 1 FINANCIAL CORP., et al.,          *

                    Defendants.             *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

        Upon consideration of Plaintiff The Columbia Bank's Unopposed Motion

for Leave to File Amended Replies, it is this _8th_ day of January, 2001, by the United

States District Court for the District of Maryland, ORDERED:

        1.      That Plaintiff The Columbia Bank's Unopposed Motion for Leave

to File Amended Replies, and the same hereby, IS GRANTED;

        2.      That the Amended Replies attached to The Columbia Bank's

Memorandum in support of its Unopposed Motion as <u>Exhibits 1 through 4</u> shall be

deemed filed with the Court as of the date of the entry of this Order.

                                    _____
                                    Hon. William M. Nickerson,
                                    Judge, United States District Court

PLD0915-L645-01.doc

