IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE COLUMBIA BANK,  *

    Plaintiff,  *

v.  *   Civil Action No:   WMN 00 CV 1002

NETWORK 1 FINANCIAL CORP., *et al.*,  *

    Defendants.  *

\*   \*   \*   \*   \*   \*      \*   \*   \*   \*   \*

## STIPULATION FOR EXTENSION OF TIME FOR CENTRAL BANK TO RESPOND TO PLAINTIFF'S MOTION FOR CERTIFICATION OF A DEFENDANT CLASS OF FINANCIAL INSTITUTIONS

The Columbia Bank and Central Bank & Trust Company, by their undersigned counsel, jointly stipulate to extend the time period for Central Bank to respond to Columbia Bank's Motion for Certification of a Defendant Class of Financial Institutions to January 23, 2001.

_____ /FJM
Dennis P. McGlone, Esquire
E. Benjamin Alliker, Esquire
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
The Garnett Building
233 East Redwood Street
Baltimore, Maryland 21202
*Counsel for Columbia Bank*

_____ / FJM
Steven E. Tiller, Fed. Bar No. 11085
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street – Suite 1400
Baltimore, Maryland 21202-1626

and

R. Keith Moorman
Brown, Todd & Heyburn PLLC
2700 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507-1742
*Attorneys for Defendant,
Central Bank & Trust Company*



**SO ORDERED**: 1/8/01

_____
JUDGE WILLIAM M. NICKERSON

cc:     Steven E. Tiller, Esquire
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street – Suite 1400
Baltimore, Maryland 21202-1626

R. Keith Moorman, Esquire
Brown, Todd & Heyburn PLLC
2700 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507-1742

Dennis P. McGlone, Esquire
E. Benjamin Alliker, Esquire
Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
The Garnett Building
233 East Redwood Street
Baltimore, Maryland 21202

Leslie J. Polt, Esquire
John E. Lucian, Esquire
Blank Rome Comisky & McCauley, LLP
250 West Pratt Street, Suite 1100
Baltimore, Maryland 21201

H. Kenneth Kudon, Esquire
Kudon Law Firm
Two Old Creek Court
Potomac, Maryland 208564

Victor Klingelhofer, Esquire
Cohen Mohr LLP
1420 Beverly Road, Suite 330
McLean, Virginia 22101

2

H. Mark Stichel, Esquire
Gohn, Henkey & Stichel LP
The Fidelity Building
210 North Charles Street
Baltimore, Maryland 21201

Ms. Marilyn Reno, CEO
West Side Auto Employees Federal Credit Union
#G3381 Van Slyke Road
Flint, Michigan 48507-3296

Mr. Charles J. Koch
President and CEO
Charter One Bank, FSB
1215 Superior Avenue
Cleveland, Ohio 44114

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of **January 2001**, a copy of the foregoing

Stipulation was mailed first-class, postage prepaid, to:

        Leslie J. Polt, Esquire
        John E. Lucian, Esquire
        Blank Rome Comisky & McCauley, LLP
        250 West Pratt Street, Suite 1100
        Baltimore, Maryland 21201
        *Counsel for Citizens Bank*

        H. Kenneth Kudon, Esquire
        Kudon Law Firm
        Two Old Creek Court
        Potomac, Maryland 208564
        *Counsel for Powercard*

        Victor Klingelhofer, Esquire
        Cohen Mohr LLP
        1420 Beverly Road, Suite 330
        McLean, Virginia 22101
        *Counsel for Network 1*

H. Mark Stichel, Esquire
Gohn, Henkey & Stichel LP
The Fidelity Building
210 North Charles Street
Baltimore, Maryland 21201
*Counsel for Merchant Commerce, Inc.*

Ms. Marilyn Reno, CEO
West Side Auto Employees Federal Credit Union
#G3381 Van Slyke Road
Flint, Michigan 48507-3296

Mr. Charles J. Koch
President and CEO
Charter One Bank, FSB
1215 Superior Avenue
Cleveland, Ohio 44114

*[signature]*
Steven E. Tiller

*1323190*