IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| THE COLUMBIA BANK, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. WMN-00-CV-1002 |
| NETWORK 1 FINANCIAL CORP. *et al*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION EXTENDING TIME FOR CITIZENS BANK TO RESPOND TO
MOTION OF COLUMBIA BANK FOR CERTIFICATION
OF A DEFENDANT CLASS OF FINANCIAL INSTITUTIONS**

It is hereby agreed and stipulated that the time for Citizens Bank to file a response to the Plaintiff's Motion For Certification of a Defendant Class of Financial Institutions is hereby extended to January 22, 2001.

Respectfully submitted,

**BLANK ROME COMISKY &
MCCAULEY LLC**

_____
Leslie J. Polt (#05268)
250 West Pratt Street, Suite 1100
Baltimore, Maryland 21201
(410) 659-1400

Counsel for Citizens Bank

**GORDON, FEINBLATT, ROTHMAN,
HOFFBERGER & HOLLANDER, LLC**

_____
Dennis P. McGlone (#04127)
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202-3332
(410) 576-4154

Counsel for The Columbia Bank

The above stipulation so approved, this __10th__ day of __January__, 2001.

_____
United States District Judge

K:\POLT\CITIZENS BANK\Motion to Extend Time.wpd



## CERTIFICATE OF SERVICE

I hereby certify that on this 9TH day of January, 2001, a copy of the Stipulation Extending Time to Respond to Motion of Columbia Bank For Certification of a Defendant Class of Financial Institutions were mailed, first-class, postage prepaid, to:

H. Mark Stichel, Esquire
Gohn, Hankey & Stichel, LLP
210 North Charles Street
Baltimore, MD  21201
Counsel for Merchant Commerce, Inc.

Dennis P. McGlone, Esquire
Gordon, Feinblatt, Rothman, Hoffberger &
 Hollander, LLC
233 East Redwood Street
Baltimore, MD  21201
Counsel for The Columbia Bank

Mitchel H. Kider, Esquire
Todd A. Newman, Esquire
Weiner Brodky Sidman Kider, P.C.
1300 19th Street, Fifth Floor
Washington, D.C.  20036
Counsel for Charter One Bank

Victor G. Klingelhofer, Esquire
Daniel H. DuVal, Esquire
Cohen Mohr LLP
1055 Thomas Jefferson Street, N.W.
Suite 504
Washington, D.C.  20007
Counsel for Network 1 Financial
Corporation and EFTNet Corp.

R. Keith Moorman, Esquire
Brown, Todd & Heyburn, PLLC
2700 Lexington Financial Center
250 West Main Street
Lexington, KY  40507-1742
Counsel for Central Bank & Trust Company

Steven E. Tiller, Esquire
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, MD  21202-1626
Counsel for Central Bank & Trust Company

H. Kenneth Kudon, Esquire
Kudon Law Firm
2 Old Creek Court
Potomac, MD  20854
Counsel for Powercard International, Inc.

J. Preston Turner, Esquire
Pope & Hughes
Suite 110
29 West Susquehanna Avenue
Towson, MD  21204
Counsel for West Side Auto Employees
 Federal Credit Union

Charles A. Forrest, Jr., Esquire
Forrest & Sirna
703 East Court Street
Flint, MI  48503
Counsel for West Side Auto Employees
 Federal Credit Union

_____
Leslie J. Polt

# BLANK ROME COMISKY & MCCAULEY LLP

*Counselors at Law*

*Direct Dial:*  (410) 659-3941
*Email:*  polt@blankrome.com

*Delaware*
*Florida*
*Maryland*
*New Jersey*
*New York*
*Pennsylvania*
*Washington, DC*

January 9, 2001

**VIA HAND DELIVERY**

Clerk
United States District Court for the
District of Maryland, Northern Division
U. S. Courthouse, Room 4415
101 West Lombard Street
Baltimore, MD  21201

   RE: The Columbia Bank v. Network 1 Financial Corp., *et al.*
     Civil Action No. WMN-00-CV-1002

Dear Sir or Madam:

 I have enclosed for filing the original and three copies of Stipulation Extending Time to Respond to Motion of Columbia Bank For Certification of a Defendant Class of Financial Institutions. Please date stamp one copy and return it to me in the enclosed self-addressed stamped envelope.

 Please call me with any questions.

Very truly yours,

Leslie J. Polt

LJP/pmp

Enclosures