**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

|  |  |  |
|---|---|---|
| The Columbia Bank, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. WMN-00-CV-1002 |
| | ) | |
| Network 1 Financial Corp. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon considering the Stipulation To Extend Defendant Charter One's Deadline For Responding To Plaintiff's Motion For Class Certification Through January 23, 2001 and the entire record in this case, and finding that good cause exists therefor, it is

**ORDERED** that defendant Charter One shall have through January 23, 2001 to file its opposition to Plaintiff's motion for class certification.

_____
Hon. William N. Nickerson
Judge, United States District Court

cc:    Counsel of Record

_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

JAN 2 4 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

