IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORPORATION, et al., | * | |
| | * | |
| Defendants. | | |

* * * * * * * * * * * * * * * * * * * * * *

**STIPULATION TO EXTEND TIME TO FILE REPLY
MEMORANDUM IN SUPPORT OF MOTION FOR CERTIFICATION
OF A DEFENDANT CLASS OF FINANCIAL INSTITUTIONS**

The Columbia Bank, Network 1 Financial Corporation, EFTNet Corporation, Merchant Commerce, Inc., Charter One Bank, FSB, Central Bank & Trust Co., and West Side Auto Federal Credit Union have agreed and stipulate to an Order of this Court extending the time for The Columbia Bank to file a Reply Memorandum In Support Of Motion For Certification Of A Defendant Class Of Financial Institutions to February 20, 2001. The parties indicated hereby request the approval of the stipulated extension to February 20, 2001.

_____
Dennis P. McGlone
Federal Bar No. 04127
Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
233 e. Redwood St.
Baltimore MD  21202
TELEPHONE: 410-576-4154
Attorneys for The Columbia Bank

_____
Victor G. Klingelhofer, Esq.
Federal Bar No. 13318
Cohen Mohr LLP
Suite 330
1420 Beverly Road
McLain, Virginia 22201
Attorneys for Network 1 Financial
Corporation
 and EFTNet Corporation.

PLD0979-L645-01.doc

_____
H. Mark Stichel, Esq.
Gohn, Hankey & Stichel, LLP
Fidelity Building, Suite 1520
210 N. Charles St.
Baltimore, MD 21201
Attorneys for Merchant Commerce, Inc.

_____
Mitchell H. Kider, Esq.
Todd Newman, Esq.
Weiner, Brodsky, Sidman & Kider P.C.
1300 19th Street N.W., 5th Floor
Washington, D.C. 20036
Attorneys for Charter One Bank

_____
Steven E. Tiller, Esq.
Whiteford, Taylor & Preston, LLP
Seven St. Paul St.
Baltimore, MD 21202-1626
Attorneys for Central Bank & Trust Co.

_____
J. Preston Turner, Esq.
Pope & Hughes
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
Attorneys for West Side Auto
   Employees Federal Credit Union

Approved and so Ordered this __1st__
day of February, 2001::

_____
Hon. William M. Nickerson
Judge, United States District Court  (D. Md.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January 2001, copies of the Stipulation To Extend Time To File Reply Memorandum In Support Of Motion For Certification Of A Defendant Class Of Financial Institutions were mailed, first-class, postage prepaid to:

Victor G. Klingelhofer, Esq.
Cohen Mohr LLP
Suite 330
1420 Beverly Road
McLain, Virginia 22201
Attorneys for Network 1 Financial
Corporation and EFTNet Corporation.

H. Kenneth Kudon, Esq.
Kudon Law Firm
Two Old Creek Court
Potomac, MD 20854
Attorneys for Powercard International, Inc.,

H. Mark Stichel, Esq.
Gohn, Hankey & Stichel, LLP
Fidelity Building, Suite 1520
210 N. Charles St.
Baltimore, MD 21201
Attorneys for Merchant Commerce, Inc.

Charles A. Forrest, Jr., Esq.
Forrest & Sirna
703 E. Court St.
Flint, MI 48503-2024
Attorneys for West Side Auto Employees
Federal Credit Union

Steven E. Tiller, Esq.
Whiteford, Taylor & Preston, LLP
Seven St. Paul St.
Baltimore, MD 21202-1626
Attorneys for Central Bank & Trust Co.

Lesley J. Polt, Esq.
John E. Lucian, Esq.
Blank, Rome, Comiskey & McCauley
250 W. Pratt St.
Baltimore, MD 21201
Attorneys for Citizens Bank

R. Keith Moorman, Esq.
Brown, Todd & Heyburn
250 W. Main St., Suite 2700
Lexington, KY 40507
Attorneys for Central Bank & Trust Co.

Mitchell H. Kider, Esq.
Todd Newman, Esq.
Weiner, Brodsky, Sidman & Kider P.C.
1300 19th Street N.W., 5th Floor
Washington, D.C. 20036
Attorneys for Charter One Bank

J. Preston Turner, Esq.
Pope & Hughes
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
Attorneys for West Side Auto Employees
Federal Credit Union

_____
Dennis P. McGlone