# COHEN MOHR LLP

**Partners**
David S. Cohen*
Andrew J. Mohr*
Victor G. Klingelhofer
William F. Savarino
Russell J. Gaspar
Daniel H. DuVal

*Not Admitted in Virginia

1420 Beverly Road, Suite 330
McLean, Virginia 22101
Voice: (703) 761-1100
Fax: (703) 761-0180
www.cohenmohr.com

**Of Counsel**
Laurel A. Hockey

**Washington, D.C. Office**
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Voice: (202) 342-2550
Fax: (202) 342-6147

February 1, 2001

By Federal Express

Hon. William N. Nickerson
United States District Judge
United States District Court
101 West Lombard Street
Baltimore, MD 21201

Re: The Columbia Bank v. Network 1 Financial Corporation
Civil No. WMN-00-CV1002

Dear Judge Nickerson:

This is in response to the Court's Scheduling Order, directing that the parties report on the potential deposition hours for this case and on whether there is unanimous consent to proceed before a Magistrate Judge. The parties report as follows:

1. The undersigned has contacted the parties electronically to determine whether the estimates that were previously provided in our earlier deposition hour report were still accurate. Based on the parties' responses, the following is the best estimates of the deposition hours that will be required for this case:

| | |
|---|---|
| Powercard | 36 hours |
| Network 1 and EFTNet | 36 hours |
| Merchant Commerce | 24 hours |
| Central Bank | 12 hours |
| Charter One Bank | 12 hours |
| West Side Auto | 12 hours |
| Citizens Bank | 12 hours |
| | |
| Defense Subtotal | 144 hours |
| | |
| Columbia Bank | 130 hours |
| | |
| Total | 274 hours |

APPROVED
February    01
[signature]   2nd

**COHEN MOHR LLP**

Hon. William N. Nickerson
February 1, 2001
Page 2

      The parties recognize that the above estimates may contain some overlap and that the total hours needed for each may be reduced depending upon the outcome of the various motions now pending before the Court. These hours may also be affected by the issue of class certification. However, they represent the best estimates of the parties at this time.

      2.    There is not unanimous consent at this time to proceed in this action before a United States Magistrate Judge.

      We appreciate this opportunity to provide our input to the Court. If there is any further information that we may provide in this regard, we will be happy to do so.

                                Respectfully submitted,

                                  Victor Klingelhofer
                                  Counsel for Network 1 Financial
                                      Corporation and EFTNet Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2000, copies of the foregoing Report were mailed, first class postage prepaid, to:

Dennis P. McGlone
Gordon Feinblatt, Rothman,
    Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, MD 21202
Counsel for The Columbia Bank

H. Mark Stichel
Gohn, Hankey & Stichel, LLP
Suite 1520, Fidelity Building
210 North Charles Street
Baltimore, MD 21201
Counsel for Merchant Commerce, Inc.

Steven E. Tiller
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, MD 21202-1626
Counsel for Central Bank
    & Trust Company

Leslie J. Polt
John E. Lucian
Blank Rome Comisky & McCauley, LLP
250 West Pratt Street, Suite 1100
Baltimore, MD 21201
Counsel for Citizens Bank

Charles A. Forrest, Jr., Esquire
Forrest & Sirna
703 E. Court Street
Flint, MI 48503-2024
Counsel for West Side Auto
    Employees Federal Credit Union

H. Kenneth Kudon
Kudon Law Firm
2 Old Creek Court
Potomac, MD 20854
Counsel for Powercard International, Inc.

Michael H. Kider
Todd A. Newmann
Weiner Brodsky Sidman Kider, P.C.
1300 19th Street, NW, 5th Floor
Washington, DC 20036
Counsel for Charter One Bank

R. Keith Moorman
Brown, Todd & Heyburn, PLCC
2700 Lexington Financial Center
250 West Main Street
Lexington, KY 40507-1743
Counsel for Central Bank & Trust Company

J. Preston Turner, Esq.
Pope & Hughes
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
Attorneys for West Side Auto Employees
Federal Credit Union

                                          /s/ Victor G. Klingelhofer
                                          Victor G. Klingelhofer