IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

THE COLUMBIA BANK,      *

        Plaintiff,      *

vs.      *      Civil Action No.: WMN-00-CV1002

NETWORK 1 FINANCIAL CORPORATION, *
*et al.*,
     *

        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION TO FILE A REPLY MEMORANDUM IN
SUPPORT OF MOTION FOR CERTIFICATION OF A DEFENDANT
CLASS IN EXCESS OF PAGE LIMIT ESTABLISHED BY LOCAL RULE 105.3**

The Columbia Bank, Powercard International, Inc, Network 1 Financial Corporation, EFTNet Corporation, Merchant Commerce, Inc., Citizens Bank, Charter One Bank, FSB, Central Bank & Trust Co., and West Side Auto Employees Federal Credit Union have agreed and stipulated to an Order of this Court granting leave to The Columbia Bank to file a Reply Memorandum in support of motion for certification of a defendant class of financial institutions in excess of the twenty-five (25) page limit established by Local Rule 105.3.

Given the number of opposition memoranda and the arguments against certification contained therein, The Columbia Bank anticipates that its Reply Memorandum in support of the pending Motion for Certification of the Class may reach slightly over 30 pages. With the consent of the opposing parties, The Columbia Bank respectfully requests

PLD1021-L645-01

leave for waiver of the page limits imposed by Local Rule 105.3. The Reply Memorandum will otherwise conform to Local Rule 105.

                Respectfully submitted

*[signature]*
Dennis P. McGlone
Federal Bar No. 04127
Brian L. Moffet
Federal Bar No. 013821
Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
233 e. Redwood St.
Baltimore MD  21202
TELEPHONE: 410-576-4154
Attorneys for The Columbia Bank

Approved and so Ordered this 20th day of February, 2001:

*[signature]*
Hon. William M. Nickerson
Judge, United States District Court  (D. Md.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February, 2001, a copy of the Stipulation To File A Reply Memorandum In Support Of Motion For Certification Of A Defendant Class In Excess Of Page Limit Established By Local Rule 105.3 was mailed, first-class, postage prepaid to:

Victor G. Klingelhofer, Esq.
Cohen Mohr LLP
Suite 330
1420 Beverly Road
McLain, Virginia 22201
Attorneys for Network 1 Financial
Corporation and EFTNet Corporation.

H. Kenneth Kudon, Esq.
Kudon Law Firm
Two Old Creek Court
Potomac, MD 20854
Attorney for Powercard International, Inc.,

H. Mark Stichel, Esq.
Gohn, Hankey & Stichel, LLP
Fidelity Building, Suite 1520
210 N. Charles St.
Baltimore, MD 21201
Attorneys for Merchant Commerce, Inc.

Charles A. Forrest, Jr., Esq.
Forrest & Sirna
703 E. Court St.
Flint, MI 48503-2024
Attorneys for West Side Auto Employees
  Federal Credit Union

Steven E. Tiller, Esq.
Whiteford, Taylor & Preston, LLP
Seven St. Paul St.
Baltimore, MD 21202-1626
Attorneys for Central Bank & Trust Co.

Lesley J. Polt, Esq.
John E. Lucian, Esq.
Blank, Rome, Comiskey & McCauley
250 W. Pratt St.
Baltimore, MD 21201
Attorneys for Citizens Bank

R. Keith Moorman, Esq.
Brown, Todd & Heyburn
250 W. Main St., Suite 2700
Lexington, KY 40507
Attorneys for Central Bank & Trust Co.

Mitchell H. Kider, Esq.
Todd Newman, Esq.
Weiner, Brodsky, Sidman & Kider P.C.
1300 19th Street N.W., 5th Floor
Washington, D.C. 20036
Attorneys for Charter One Bank

J. Preston Turner, Esq.
Pope & Hughes
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
Attorneys for West Side Auto Employees
  Federal Credit Union

_____
Dennis P. McGlone