IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COLUMBIA BANK, *

Plaintiff(s) * Civil Action No. WMN-00-CV1002

vs. *

NETWORK ONE FINANCIAL CORPORATION, et al. *

Defendant(s) *

**************************************************************************

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 101.1.(b) of this Court, Mitchel H. Kider Esquire a member of the Bar of this court, moves the admission of David M. Souders Esquire to appear pro hac vice in the captioned proceeding as counsel for Charter One Bank

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of Missouri and District of Columbia

and/or the following United States Court(s): __________

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court 0 time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __________

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT

Revised 6//98

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

______________________________ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT: Mitchel H. Kider

[signature]

Signature

1300 19th Street, N.W., 5th Floor

Address

Washington, DC 20036

(202) 628-2000

Office phone number

(202) 628-2011

Fax number

441491

Md. U.S. District Court Number

PROPOSED ADMITTEE: David M. Souders

[signature]

Signature

1300 19th Street, N.W., 5th Floor

Address

Washington, DC 20036

(202) 628-2000

Office phone number

(202) 628-2011

Fax number

**ORDER**

Motion ✓ GRANTED

Motion _______ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _______ DENIED

4/2/01

Dated

[signature]

Judge, U. S. District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2001, I caused the foregoing Motion for Admission Pro Hac Vice for David M. Souders to be served by First Class Mail, postage prepaid, on the following:

H. Mark Stichel, Esq.
Gohn, Hankey & Stichel, LLP
210 N. Charles St.
Baltimore, MD 21201
Counsel for: Merchant Commerce, Inc.

H. Kenneth Kudon, Esq.
Kudon Law Firm
2 Old Creek Ct.
Potomac, MD 20854
Counsel for: Powercard International, Inc.

Leslie J. Polt, Esq.
John E. Lucian, Esq.
Blank, Rome, Comisky & McCauley, LLP
250 West Pratt St., Ste. 1100
Baltimore, MD 21201
Counsel for: Citizens Bank

Charles A. Forrest, Jr. Esq.
Forrest & Sirna
703 E. Court St.
Flint, MI 48503
Counsel for:
West Side Auto Employees Fed. Credit Union

R. Keith Moorman, Esq.
Brown, Todd & Heyburn
250 W. Main Street, Suite 2700
Lexington, KY 40507
Counsel for: Central Bank & Trust Co.

Victor Klingelhofer, Esq.
Daniel H. DuVal, Esq.
Cohen Mohr LLP
1420 Beverly Rd., Ste. 330
McLean, VA 22101
Counsel for: Network 1 Financial Corp and EFTNet Corp.

Dennis P. McGlone, Esq.
Gordon, Feinblatt, Rothman, Hoffberger, & Hollander, LLC
233 E. Redwood St.
Baltimore, MD 21202
Counsel for Plaintiff

J. Preston Turner, Esq.
Pope & Hughes
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
Counsel for: West Side Auto Employees Federal Credit Union

Steven E. Tiller, Esq.
Whiteford, Taylor & Preston, LLP
Seven St. Paul Street
Baltimore, Maryland 21202
Counsel for: Central Bank & Trust Co.

Mitchel H. Kider