FILED RECEIVED
LODGED

APR 4 2001

AT BALTIMORE
CLERK U.S. DISTRICT
DISTRICT OF MARYLAND    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

THE COLUMBIA BANK,                    *

          Plaintiff,                    *

vs.                                    *          Civil Action No.: WMN-00-CV1002

NETWORK 1 FINANCIAL CORPORATION,  *
*et al.*,
                                    *

         Defendants.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon consideration of the Motion to Shorten Time to Respond to Emergency Motion for Leave to Modify the Amended Scheduling Order filed by Plaintiff, The Columbia Bank and for good cause shown, it is hereby this __4th__ day of April, 2001:

ORDERED, that Plaintiff, The Columbia Bank's Motion to Shorten Time to Respond to Emergency Motion for Leave to Modify the Amended Scheduling Order be and is hereby GRANTED; and it is further,

ORDERED, that any opposing defendant shall have three (3) days from April 5, 2001 to Respond to The Columbia Bank's Motion to Shorten Time to Respond to Emergency Motion for Leave to Modify the Amended Scheduling Order.

_____
Hon. William M. Nickerson
Judge, United States District Court

PLD0628-L657-01.doc
04/03/2001 4:51 PM