IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORPORATION, et al., | * | |
| | * | |
| Defendants. | | |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

It is hereby this 16th day of April, 2001, for good cause shown, ORDERED that the referenced case is stayed for thirty (30) days, and that pending the appearance of new counsel for The Columbia Bank, counsel are to confer within these thirty days to make recommendations to the Court as to an Amended Scheduling Order.

So Ordered:

_____
Hon. William. M. Nickerson
Judge, United States District Court