IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORPORATION, et al., | * | |
| | * | |
| Defendants. | | |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon consideration of the Motion to Shorten Time to Respond to the Joint Motion to Modify the Amended Scheduling Order filed by The Columbia Bank and for good cause shown, it is hereby this 16th day of April, 2001:

**ORDERED**, that The Columbia Bank's Motion to Shorten Time to Respond to the Joint Motion to Modify the Amended Scheduling Order be and is hereby **GRANTED**; and it is further,

**ORDERED,** that any opposing defendant shall have three (3) days from the date of this Order to Respond to The Columbia Bank's Motion to Shorten Time to Respond to Joint Motion to Modify the Amended Scheduling Order.

_____
Hon. William M. Nickerson
Judge, United States District Court

cc: Counsel of Record

PLD1128-L645-01.doc
04/09/2001 4:25 PM

Victor G. Klingelhofer, Esq.
Cohen Mohr LLP
Suite 330
1420 Beverly Road
McLain, Virginia 22201
Attorneys for Network 1 Financial Corporation and EFTNet Corporation.

H. Kenneth Kudon, Esq.
Kudon Law Firm
Two Old Creek Court
Potomac, MD 20854
Attorneys for Powercard International, Inc.,

H. Mark Stichel, Esq.
Gohn, Hankey & Stichel, LLP
Fidelity Building, Suite 1520
210 N. Charles St.
Baltimore, MD 21201
Attorneys for Merchant Commerce, Inc.

Charles A. Forrest, Jr., Esq.
Forrest & Sirna
703 E. Court St.
Flint, MI 48503-2024
Attorneys for West Side Auto Employees Federal Credit Union

Steven E. Tiller, Esq.
Whiteford, Taylor & Preston, LLP
Seven St. Paul St.
Baltimore, MD 21202-1626
Attorneys for Central Bank & Trust Co.

Leslie J. Polt, Esq.
John E. Lucian, Esq.
Blank, Rome, Comiskey & McCauley, LLP
250 W. Pratt St.
Baltimore, MD 21201
Attorneys for Citizens Bank

R. Keith Moorman, Esq.
Brown, Todd & Heyburn
250 W. Main St., Suite 2700
Lexington, KY 40507
Attorneys for Central Bank & Trust Co.

Mitchell H. Kider, Esq.
David Souders, Esq.
Weiner, Brodsky, Sidman & Kider P.C.
1300 19th Street N.W., 5th Floor
Washington, D.C. 20036
Attorneys for Charter One Bank

J. Preston Turner, Esq.
Pope & Hughes
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
Attorneys for West Side Auto Employees Federal Credit Union

Dennis P. McGlone
E. Benjamin Alliker
Brian L. Moffet
Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4000
Attorneys for The Columbia Bank