

TWO OLD CREEK COURT
POTOMAC, MD 20854
301-279-5634
301-294-6407 (FAX)
kudon@sprintmail.com

April 10, 2001



JUDGE WILLIAM M. NICKERSON

**By First Class Mail**

Honorable William M. Nickerson
United States District Judge
United States District Court
3rd Floor, Room 330
101 West Lombard Street
Baltimore, MD 21201

    Re: <u>The Columbia Bank v. Network 1 Financial Corporation,</u> Civil No. WMN-00-CV1002

Dear Judge Nickerson:

    I represent PowerCard International, Inc. Last night, we received by fax Joint Motion to Modify the Amended Scheduling Order (to extend discovery and other deadlines by 60 days) and Motion to Shorten Time to Respond in the captioned case.

    Defendants PowerCard International, Inc. and Charter One Bank oppose a second continuance of discovery. I am told that counsel for Charter One will be out of town until Thursday of this week and I am leaving town tomorrow and will not be back until late Friday evening. Therefore, while PowerCard does not oppose a shortened briefing schedule, I would appreciate having until next Tuesday, April 17, to respond to the above motion.

    Thank you very much for the Court's kind consideration of this matter.

                                    Respectfully yours,

                                    H. Kenneth Kudon
                                    Attorney for Defendant
                                    PowerCard International, Inc.,

c: All Counsel of Record

" _APPROVED_ " THIS _16th_ DAY OF _April_, 20 _01_

_William Nickerson_
UNITED STATES DISTRICT JUDGE