

**KUDON LAW FIRM**

TWO OLD CREEK COURT
POTOMAC, MD 20854
301-279-5634
301-294-6407 (FAX)
kudon@sprintmail.com

APR 19 2001
CLERK U.S. D...
DISTRICT OF MARYLAND
BY                    DEPUTY

April 16, 2001



JUDGE WILLIAM M. NICKERSON

**By First Class Mail**

Honorable William M. Nickerson
United States District Judge
United States District Court
3rd Floor, Room 330
101 West Lombard Street
Baltimore, MD 21201

   Re:  The Columbia Bank v. Network 1 Financial Corporation, Civil No. WMN-00-CV1002

Dear Judge Nickerson:

   I represent PowerCard International, Inc. ("PowerCard"). I wrote your Honor last week to request permission to respond on Tuesday, April 17, 2001, to Joint Motion to Modify the Amended Scheduling Order and Motion to Shorten Time to Respond in the captioned case. Since then, as the Court is aware, The Columbia Bank ("Columbia") has filed an unopposed request for 30 day stay of proceedings in order to replace counsel and permit its new attorneys to become familiar with the case.

   In light of this unexpected development, and with your Honor's permission, PowerCard will hold off on filing an opposition memorandum to the above motion until after we have conferred with Columbia's new attorneys and attempted in good faith to work out a mutually agreeable discovery schedule.

   Similarly, prior to requesting the stay of proceedings, Columbia filed Motion to Quash Subpoena and For Protective Order Prohibiting the Deposition of the Columbia Bank's Counsel. With the Court's permission, PowerCard will not file its opposition memorandum until after we have conferred with Columbia's new attorneys, attempted to narrow the issues, and agreed upon a briefing schedule.

                                       Respectfully yours,

                                       H. Kenneth Kudon
                                       Attorney for Defendant
                                       PowerCard International, Inc.,

c: all counsel of record (by e-mail)

" APPROVED " THIS 18th DAY
OF April , 20 01

UNITED STATES DISTRICT JUDGE