FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 2 0 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORPORATION, *<br>*et al.*, | | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101.2(b), and the entry of James P. Ulwick and Kevin F. Arthur and the law firm of Kramon & Graham, P.A. on behalf of The Columbia Bank, Dennis P. McGlone, E. Benjamin Alliker, Brian L. Moffet and the firm of Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, hereby request leave to withdraw their appearance for The Columbia Bank.

_/s/ Dennis P. McGlone_
Dennis P. McGlone
E. Benjamin Alliker
Brian L. Moffet
Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
410/576-4000

Attorneys for The Columbia Bank, Plaintiff

Approved this 19th day of April, 2001:

_/s/ William Nickerson_
Honorable William M. Nickerson

PLD1146-L645-01.doc E

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April, 2001, the Request for Leave to Withdraw Appearance of Dennis P. McGlone, E, Benjamin Alliker, Brian L. Moffet and the firm of Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, was mailed via first class mail, postage prepaid to:

James P. Ulwick, Esq.
Kevin F. Arthur, Esq.
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201

Victor G. Klingelhofer, Esq.
Cohen Mohr LLP
Suite 330
1420 Beverly Road
McLain, Virginia 22201
Attorneys for Network 1 Financial Corporation and EFTNet Corporation.

H. Kenneth Kudon, Esq.
Kudon Law Firm
Two Old Creek Court
Potomac, MD 20854
Attorneys for Powercard International, Inc.

H. Mark Stichel, Esq.
Gohn, Hankey & Stichel, LLP
Fidelity Building, Suite 1520
210 N. Charles St.
Baltimore, MD 21201
Attorneys for Merchant Commerce, Inc.

Steven E. Tiller, Esq.
Whiteford, Taylor & Preston, LLP
Seven St. Paul St.
Baltimore, MD 21202-1626
Attorneys for Central Bank & Trust Co.

Leslie J. Polt, Esq.
John E. Lucian, Esq.
Blank, Rome, Comiskey & McCauley, LLP
250 W. Pratt St.
Baltimore, MD 21201
Attorneys for Citizens Bank

Mitchell H. Kider, Esq.
David Souders, Esq.
Weiner, Brodsky, Sidman & Kider P.C.
1300 19th Street N.W., 5th Floor
Washington, D.C. 20036
Attorneys for Charter One Bank

J. Preston Turner, Esq.
Pope & Hughes
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
Attorneys for West Side Auto
Employees Federal Credit Union

Charles A. Forrest, Jr., Esq.
Forrest & Sirna
703 E. Court St.
Flint, MI 48503-2024
Attorneys for West Side Auto
Employees Federal Credit Union

R. Keith Moorman, Esq.
Brown, Todd & Heyburn
250 W. Main St., Suite 2700
Lexington, KY 40507
Attorneys for Central Bank & Trust Co.

_____
Dennis P. McGlone