IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORPORATION, et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Before the Court is a joint motion of the parties to extend the stay of all matters in this case to allow the parties to explore settlement. Good cause appearing, it is this 21st day of May, 2001, ORDERED AND ADJUDGED:

1. All current deadlines in this matter are hereby suspended, and the matter is stayed until July 2, 2001;

2. The parties will serve a status report on or before July 2, 2001; and

3. The Clerk will mail copies of this Order to all counsel of record.

_____
The Honorable William M. Nickerson
United States District Judge

01304/0/00017901.WPDv1

H. Kenneth Kudon, Esquire
Kudon Law Firm
Two Old Creek Court
Potomac, Maryland 20854

Victor G. Klingelhofer, Esquire
Cohen Mohr LLP
Suite 330
1420 Beverly Road
McLean, Virginia 22101

H. Mark Stichel, Esquire
Gohn, Hankey & Stichel, LLP
The Fidelity Building, Suite 1520
210 N. Charles Street
Baltimore, Maryland 21201

Steven E. Tiller, Esquire
Whiteford, Taylor & Preston LLP
7 St. Paul Street
Baltimore, Maryland 21202-1626

Leslie J. Polt, Esquire
John E. Lucian, Esquire
Blank, Rome, Comiskey & McCauley, LLP
250 W. Pratt Street
Baltimore, Maryland 21201

Mitchel H. Kider, Esquire
David Souders, Esquire
Weiner, Brodsky, Sidman & Kider P.C.
1300 19th Street N.W.
5th Floor
Washington, D.C. 20036

J. Preston Turner, Esquire
Pope & Hughes
29 W. Susquehanna Avenue
Suite 110
Towson, Maryland 21204

Charles A. Forrest, Jr., Esquire
Forrest & Sirna
703 E. Court Street
Flint, Michigan 48503-2024

R. Keith Moorman, Esquire
Brown, Todd & Heyburn
250 W. Main Street, Suite 2700
Lexington, Kentucky 40507