Law Offices
## KRAMON & GRAHAM, P. A.
One South Street
Suite 2600
Baltimore, Maryland 21202-3201

Telephone: (410) 752-6030
Facsimile: (410) 539-1269

www.kramonandgraham.com

Kevin F. Arthur
Direct Dial
(410) 347-7432

Admitted in MD and DC

E-Mail
karthur@kg-law.com

July 2, 2001

HAND-DELIVERED

The Honorable William M. Nickerson
United States District Judge
United States District Court
 for the District of Maryland
U.S. Court House, Room 340
101 W. Lombard Street
Baltimore, Maryland 21201

  Re: The Columbia Bank v. Network 1 Financial Corporation, et al.
    Civil Action No. WMN-00-CV1002

Dear Judge Nickerson:

  My firm represents The Columbia Bank, the plaintiff in this case. On behalf of all parties, I write in response to the request for a status report in the Court's order of May 21, 2001.

  In the order of May 21, 2001, the Court stayed this case for 45 days. The stay expires today.

  During the 45-day stay, the principal parties have engaged in extensive discussions about various proposals to resolve or, at a minimum, to simplify this dispute. Those parties believe that a short, additional stay will permit them to complete their discussions and to determine whether any of those proposals will bear fruit. Accordingly, the parties request a second 45-day stay.

  If the Court grants the requested stay, the principal parties have agreed to convene an omnibus meeting to discuss settlement. The parties intend to invite other interested persons, such as counsel for the parties in related litigation in Alabama and the Michigan Attorney General.

01304/0-00021568.WPDv1

APPROVED
July
[signature: William Nickerson]
01  2nd

The Honorable William M. Nickerson
July 2, 2001
Page 2

      To facilitate a potential settlement, the parties are in the process of selecting a private mediator to moderate the meeting. Subject to his availability, the principal parties have agreed to ask retired Judge James Miller to serve as the mediator.

      Once the parties identified a private mediator, the parties will present a joint motion requesting that the Court authorize the payment of up to $5,000 from the funds in the registry of the Court for the purpose of paying the mediator's fees.

      I thank the Court for its attention to these matters.

                                  Respectfully,

                                  Kevin F. Arthur

KFA
cc:     The Columbia Bank (by facsimile and first-class mail)
        All counsel of record (by facsimile and first-class mail)