LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201
TELEPHONE: (410) 752-6030
FACSIMILE (410) 539-1269

www.kramonandgraham.com

JAMES P. ULWICK
DIRECT DIAL
(410) 347 7426

ALSO ADMITTED IN N. AND DC

E-MAIL
julwick@kg-law.com

August 16, 2001

**HAND-DELIVERED**

The Honorable William M. Nickerson
United States District Judge
United States District Court
 for the District of Maryland
U.S. Court House, Room 340
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    The Columbia Bank v. Network 1 Financial Corporation, et al.
            Civil Action No. WMN-00-CV1002

Dear Judge Nickerson:

    The purpose of this letter is to report to the Court on the progress of the ongoing settlement discussions, and to request a continuation of the stay on discovery and other proceedings.

    On August 10, 2001, most of the parties in this matter met with Retired Judge James Miller, Jr. to continue the mediation of this case. Although a final settlement was not reached, all of the parties believe that progress was made, and some of the parties are scheduled to meet tomorrow to continue the settlement discussions. It is anticipated that, if these discussions are successful, the parties will present a conditional consent motion to this Court, which will resolve the matter, following the conclusion of related proceedings in Alabama.

    Accordingly, on behalf of The Columbia Bank, and with the consent of the other parties in this case, I respectfully request that the Court continue the stay on discovery and other proceedings in this matter pending the completion of settlement negotiations.

01304/0/00025537.WPDv1

*Approved*
*August [illegible] 01*
*Wm. J. [Nickerson]*

The Honorable William M. Nickerson
August 16, 2001
Page 2

With the Court's permission, I would propose to report back on the parties' progress on or before October 1, 2001.

I will be happy to answer any questions that the Court may have.

Respectfully,

*James P. Ulwick*

James P. Ulwick

JPU:sms
cc:   The Columbia Bank (by facsimile)
      All counsel of record (by facsimile)
      Katharyn A. Barron, Esquire (by facsimile)
      Robert E. Clute, Jr., Esquire (by facsimile)
      Charles C. Simpson, III, Esquire (by facsimile)
      David F. Daniell, Esquire (by facsimile)