IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORPORATION, et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Consent Motion to Authorize Payment of Mediator's Fees from Interest on Funds in Registry of Court, the record in this case, and the applicable law, it is this 26th day of October, 2001, by the United States District Court for the District of Maryland,

ORDERED that the motion be, and it is hereby, granted; and it is further

ORDERED that the clerk of court be, and he is hereby, directed to pay the sum of $5,850.00 to Judge James R. Miller, Jr., from the interest on the funds in the registry of the court in this case as compensation for his services as a mediator facilitating the resolution of this case.

William M. Nickerson, United States District Judge

01304/0/00030265.WPDv1

Miller, Miller & Canby
200-B Monroe Street
Rockville, MD 20850
August 27, 2001

Billed through 08/31/2001
Bill Invoice    M7064    14460    20925    JRM

James Ulwick, Esquire
Kramon & Graham
One South Street, Suite 2600
Baltimore, MD 21202-3201

Re: The Columbia Bank v. Network 1 Financial Corp., et al - Mediation

| | | |
|---|---|---|
| Bal forward as of bill invoice   dated   01/01/1900 | | $0.00 |
| Payments received since last bill - last payment dated   01/01/1900 | | $0.00 |
| Net Balance Forward | | $0.00 |

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 07/03/2001 | JRM | Conference call with counsel; call to Kelley N. | 0.30 | hrs |
| 07/19/2001 | JRM | Read mediation statements | 3.40 | hrs |
| 07/20/2001 | JRM | Conduct mediation in Baltimore | 8.50 | hrs |
| 08/10/2001 | JRM | Prepare for and conduct mediation in Baltimore | 7.30 | hrs |

Total fees for this matter                                  $   5,850.00

**DISBURSEMENTS**

Total disbursements for this matter                         $       0.00

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Jr., James R. Miller, | 19.50 hrs | 300 /hr | $ | 5,850.00 |
| TOTAL FEES | 19.50 hrs | | $ | 5,850.00 |
| TOTAL DISBURSEMENTS | | | $ | 0.00 |
| TOTAL CHARGES FOR THIS BILL | | | $ | 5,850.00 |
| NET BALANCE FORWARD | | | $ | 0.00 |
| **TOTAL BALANCE NOW DUE** | | | $ | **5,850.00** |
| BEGINNING TRUST ACCOUNT BALANCE | | | $ | 0.00 |
| TRUST AMOUNT APPLIED TO THIS BILL | | | $ | 0.00 |
| ENDING TRUST ACCOUNT BALANCE | | | $ | 0.00 |