```
                                FILED
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

                                2001 NOV 13  P 2:35
```

THE COLUMBIA BANK             :
                              :    CLERK'S OFFICE
                              :    AT BALTIMORE
v.                            :    Civil No. WMN-00-1002
                              :
                              :
NETWORK 1 FINANCIAL CORP.,    :
et al.                        :

## ORDER

On October 26, 2001, this Court issued a settlement order in this case pursuant to Local Rule 111. The parties have since notified the Court that although an agreement in principle has been reached, additional steps must be taken by the parties before the case can be dismissed and closed. Therefore, the parties have requested that the order of settlement and dismissal be withdrawn.

Accordingly, IT IS this 13th day of November, 2001, by the United States District Court for the District of Maryland, ORDERED:

   1. That the Order Dismissing Case, Paper No. 146, is VACATED;

   2. That this case shall be RE-OPENED; and

   3. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

_/s/ William M. Nickerson_____
William M. Nickerson
United States District Judge