IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORPORATION, et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(ii), the parties, by counsel, hereby stipulate and agree that all claims, counterclaims, and cross-claims against defendant West Side Auto Employees Federal Credit Union should be, and they are hereby, dismissed with prejudice.

_____
James P. Ulwick (Bar No. 00536)
Kevin F. Arthur (Bar No. 05530)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Facsimile: 410-539-1269

Attorneys for The Columbia Bank

01304/0/00040390.WPDv2

"APPROVED" THIS 26th DAY OF February, 2002

_____
UNITED STATES DISTRICT JUDGE

*/s/ H. Kenneth Kudon by KFM*
H. Kenneth Kudon
Kudon Law Firm
Two Old Creek Court
Potomac, Maryland 20854
Telephone: 301-279-5634
Facsimile: 301-294-6407
Attorney for Powercard International, Inc.
d/b/a KM.Net

*/s/ Leslie J. Polt by KFM*
Leslie J. Polt
Blank, Rome, Comiskey &
 McCauley, LLP
250 W. Pratt Street
Baltimore, Maryland 21201
Telephone: 410-659-3941
Facsimile: 410-659-1414
Attorney for Citizens Bank

*/s/ Victor G. Klingelhofer by KFM*
Victor G. Klingelhofer
Cohen Mohr LLP
Suite 330
1420 Beverly Road
McLean, Virginia 22101
Telephone: 703-761-1100
Facsimile: 703-761-0180
Attorney for Network One Financial
Corporation and EFTNet Corporation

*/s/ David Souders by KFM*
David Souders
Weiner, Brodsky, Sidman & Kider P.C.
1300 19th Street N.W.
Fifth Floor
Washington, D.C. 20036
Telephone: 202-628-2000
Facsimile: 202-628-2011
Attorney for Charter One Bank, F.S.B.

*/s/ H. Mark Stichel by KFM*
H. Mark Stichel
Gohn, Hankey & Stichel, LLP
The Fidelity Building, Suite 1520
210 N. Charles Street
Baltimore, Maryland 21201
Telephone: 410-752-1658
Facsimile: 410-752-2519
Attorney for Merchant Commerce, Inc.

*/s/ J. Preston Turner by KFM*
J. Preston Turner
Pope & Hughes
29 W. Susquehanna Avenue
Suite 110
Towson, Maryland 21204
Telephone: 410-494-7777
Facsimile: 410-494-1658
Attorney for West Side Auto Employees
Federal Credit Union

*/s/ Steven E. Tiller by KFM*
Steven E. Tiller
Whiteford, Taylor & Preston LLP
7 St. Paul Street
Baltimore, Maryland 21202-1626
Telephone: 410-347-8700
Facsimile: 410-752-7092
Attorney for Central Bank & Trust
Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of February, 2002, I sent a copy of this Stipulation of Dismissal with Prejudice by first-class mail, postage prepaid to:

> H. Kenneth Kudon, Esquire
> Kudon Law Firm
> Two Old Creek Court
> Potomac, Maryland 20854;
>
> Victor G. Klingelhofer, Esquire
> Cohen Mohr LLP
> Suite 330
> 1420 Beverly Road
> McLean, Virginia 22101;
>
> H. Mark Stichel, Esquire
> Gohn, Hankey & Stichel, LLP
> The Fidelity Building, Suite 1520
> 210 N. Charles Street
> Baltimore, Maryland 21201;
>
> Steven E. Tiller, Esquire
> Whiteford, Taylor & Preston LLP
> 7 St. Paul Street
> Baltimore, Maryland 21202-1626;
>
> Leslie J. Polt, Esquire
> Blank, Rome, Comiskey & McCauley, LLP
> 250 W. Pratt Street
> Baltimore, Maryland 21201;
>
> David Souders, Esquire
> Weiner, Brodsky, Sidman & Kider, P.C.
> 1300 19th Street N.W.
> 5th Floor
> Washington, D.C. 20036; and

J. Preston Turner, Esquire
Pope & Hughes
29 W. Susquehanna Avenue
Suite 110
Towson, Maryland 21204.

_____
Kevin F. Arthur

LAW OFFICES

# KRAMON & GRAHAM, P. A.

ONE SOUTH STREET
SUITE 2600

BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

KEVIN F. ARTHUR
DIRECT DIAL
(410) 347-7432

ADMITTED IN MD AND DC

E-MAIL
karthur@kg-law.com

February 25, 2002

FEB 2 5 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

HAND-DELIVERED
NIGHT DROP-BOX

Ms. Felicia C. Cannon
Clerk
United States District Court
  for the District of Maryland
U.S. Court House
101 W. Lombard Street
Baltimore, Maryland 21201

   Re:   The Columbia Bank v.
         Network 1 Financial Corporation, et al.
         Civil Action No. WMN-00-CV1002

Dear Ms. Cannon:

   I have enclosed for filing the original and two copies of a Stipulation of Dismissal with Prejudice. I have also enclosed an extra copy of that document. Please date-stamp the extra copy and return it in the stamped, self-addressed envelope that I have provided.

   Thank you for your attention to this matter.

                              Sincerely,

                              Kevin F. Arthur

KFA:css
Enclosures

01304/0/00015453.WPDv3

Ms. Felicia C. Cannon, Clerk
February 25, 2002
Page 2

cc:     The Columbia Bank (w/encl.)
        H. Kenneth Kudon, Esquire (w/encl.)
        Victor G. Klingelhofer, Esquire (w/encl.)
        H. Mark Stichel, Esquire (w/encl.)
        Steven E. Tiller, Esquire (w/encl.)
        Leslie J. Polt, Esquire (w/encl.)
        David Souders, Esquire (w/encl.)
        J. Preston Turner, Esquire (w/encl.)