IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORPORATION, et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Consent Motion to Distribute the Funds in the Registry of the Court in Accordance with the Parties' Settlement Agreement, the record in this case, and the applicable law, it is this 11th day of April, 2002, by the United States District Court for the District of Maryland,

ORDERED that the motion be, and it is hereby, granted; and it is further

ORDERED that the clerk of court be, and she is hereby, directed to make the following disbursements from the funds in the registry of the Court:

1. From the principal of the funds in the registry of the Court, the clerk shall pay $150,418.16 to plaintiff Columbia Bank, c/o Kevin F. Arthur, Kramon & Graham, P.A., One South Street, Suite 2600, Baltimore, Maryland 21202-3201.

2. From the principal of the funds in the registry of the Court, the clerk shall pay an additional $4,775.00 to plaintiff Columbia Bank, c/o Kevin F. Arthur, Kramon & Graham, P.A., One South Street, Suite 2600, Baltimore, Maryland 21202-3201.

01304/0/00043365.WPDv2

      3.      From the principal of the funds in the registry of the Court, the clerk shall pay $3,995.00 to defendant Charter One Bank F.S.B., c/o David Souders, Weiner, Brodsky, Sidman & Kider P.C., 1300 19th Street N.W., 5th Floor, Washington, D.C. 20036.

      4.      From the interest earned on the funds in the registry of the Court, the clerk shall pay $78,632.32 to defendant Charter One Bank F.S.B., c/o David Souders, Weiner, Brodsky, Sidman & Kider P.C., 1300 19th Street N.W., 5th Floor, Washington, D.C. 20036. Charter One Bank F.S.B. shall bear any responsibility for any income tax liability on the portion of the interest that it receives. Its taxpayer identification number is 34-0150247.

      5.      From the interest earned on the funds in the registry of the Court, the clerk shall pay $26,385.77 to defendant Central Bank & Trust Co., c/o Steven E. Tiller, Whiteford, Taylor & Preston LLP, 7 St. Paul Street, Baltimore, Maryland 21202-1626. Central Bank & Trust Co. shall bear any responsibility for any income tax liability on the portion of the interest that it receives. Its taxpayer identification number is 61-0153605.

      6.      From the interest earned on the funds in the registry of the Court, the clerk shall pay $38,778.25 to defendant Citizens Bank, c/o Leslie J. Polt, Blank, Rome, Comiskey & McCauley, LLP, 250 W. Pratt Street, Baltimore, Maryland 21201. Citizens Bank shall bear any responsibility for any income tax liability on the portion of the interest that it receives. Its taxpayer identification number is 38-0421450.

      7.      From the interest earned on the funds in the registry of the Court, the clerk shall pay $184,653.67 to plaintiff Columbia Bank, c/o Kevin F. Arthur, Kramon & Graham, P.A., One South Street, Suite 2600, Baltimore, Maryland 21202-3201. Columbia Bank shall bear any responsibility for any income tax liability on the portion of the interest that it receives. Its taxpayer identification number is 52-1645572.

8. From the interest earned on the funds in the registry of the Court, the clerk shall pay $48,675.33 to defendant Network One Financial Corporation, c/o Victor G. Klingelhofer, Cohen Mohr LLP, Suite 330, 1420 Beverly Road, McLean, Virginia 22101. Network One Financial Corporation shall bear any responsibility for any income tax liability on the portion of the interest that it receives. Its taxpayer identification numbers is 54-1507947.

9. From the interest earned on the funds in the registry of the Court, the clerk shall pay $22,874.65 to defendant Merchant Commerce, Inc., c/o H. Mark Stichel, Gohn, Hankey & Stichel, LLP, 201 North Charles Street, Suite 2101, Baltimore, Maryland 21201. Merchant Commerce, Inc., shall bear any responsibility for any income tax liability on the portion of the interest that it receives. Its taxpayer identification number is 77-0391961.

10. From the $651,783.84 in interest earned on the funds in the registry of the Court, the clerk shall deduct ten percent, or $65,178.38, for Court's registry fee.

11. Finally, the clerk shall wire-transfer the balance of $6,060,554.16, minus any wiring fees, to the Clerk of the Circuit Court of Baldwin County, Alabama, in Bay Minette, Alabama 36507, in care of Jackie N. Calhoun, Clerk. The Clerk's bank is South Trust Bank; the account number is 61 854 017; the routing number is 06200080. The Clerk shall bear any responsibility for any income tax liability on the portion of the interest that she receives. The Clerk's taxpayer identification number is 63-6000619.

_____
William M. Nickerson, United States District Judge