IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLUMBIA BANK | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WMN-00-CV1002 |
| NETWORK 1 FINANCIAL CORPORATION, et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(ii), all of the parties, by counsel, hereby stipulate that all claims, cross-claims, and counterclaims between and among the parties to this case should be, and they are hereby, dismissed with prejudice.

Respectfully submitted,

_____
James P. Ulwick (Bar No. 00536)
Kevin F. Arthur (Bar No. 05530)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Facsimile: 410-539-1269

Attorneys for Plaintiff The Columbia Bank

APPROVED this ___24th___ day of
____April____, 2002.

_____
United States District Judge

01304/0/00044597.WPDv1

Ms. Felicia C. Cannon, Clerk
April 23, 2002
Page 2

       Steven E. Tiller, Esquire (w/encl.)
       Leslie J. Polt, Esquire (w/encl.)
       David Souders, Esquire (w/encl.)

01304/0/00015453.BKCv3.1

*H. Kenneth Kudon* by KFA
_____
H. Kenneth Kudon
Kudon Law Firm
Two Old Creek Court
Potomac, Maryland 20854
Telephone: 301-279-5634
Facsimile: 301-294-6407

Attorney for Defendant Powercard International, Inc., d/b/a KM.Net


*Victor G. Klingelhofer* by KFA
_____
Victor G. Klingelhofer
Cohen Mohr LLP
Suite 330
1420 Beverly Road
McLean, Virginia 22101
Telephone: 703-761-1100
Facsimile: 703-761-0180

Attorney for Defendant Network One Financial Corporation and EFTNet Corporation


*H. Mark Stichel* by KFA
_____
H. Mark Stichel
Gohn, Hankey & Stichel, LLP
The Fidelity Building, Suite 1520
210 N. Charles Street
Baltimore, Maryland 21201
Telephone: 410-752-1658
Facsimile: 410-752-2519

Attorney for Defendant Merchant Commerce, Inc.

_____
Steven E. Tiller
Whiteford, Taylor & Preston LLP
7 St. Paul Street
Baltimore, Maryland 21202-1626
Telephone: 410-347-8700
Facsimile: 410-752-7092

Attorney for Central Bank & Trust Co.


_____
Leslie J. Polt
Blank, Rome, Comiskey & McCauley, LLP
250 W. Pratt Street
Baltimore, Maryland 21201
Telephone: 410-659-3941
Facsimile: 410-659-1414

Attorney for Citizens Bank


_____
David Souders
Weiner, Brodsky, Sidman & Kider P.C.
1300 19th Street N.W.
5th Floor
Washington, D.C. 20036
Telephone: 202-628-2000
Facsimile: 202-628-2011

Attorney for Charter One Bank, F.S.B.

Dated: April 23, 2002.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23 day of April, 2002, I sent a copy of this Stipulation of Dismissal With Prejudice by first-class mail, postage prepaid to:

> H. Kenneth Kudon, Esquire
> Kudon Law Firm
> Two Old Creek Court
> Potomac, Maryland 20854;
>
> Victor G. Klingelhofer, Esquire
> Cohen Mohr LLP
> Suite 330
> 1420 Beverly Road
> McLean, Virginia 22101;
>
> H. Mark Stichel, Esquire
> Gohn, Hankey & Stichel, LLP
> 201 N. Charles Street, Suite 2101
> Baltimore, Maryland 21201;
>
> Steven E. Tiller, Esquire
> Whiteford, Taylor & Preston LLP
> 7 St. Paul Street
> Baltimore, Maryland 21202-1626;
>
> Leslie J. Polt, Esquire
> John E. Lucian, Esquire
> Blank, Rome, Comiskey & McCauley, LLP
> 250 W. Pratt Street
> Baltimore, Maryland 21201;
>
> Mitchell H. Kider, Esquire
> David Souders, Esquire
> Weiner, Brodsky, Sidman & Kider P.C.
> 1300 19th Street N.W.
> 5th Floor
> Washington, D.C. 20036; and

R. Keith Moorman, Esquire
Brown, Todd & Heyburn
250 W. Main Street, Suite 2700
Lexington, Kentucky 40507.


_____
Kevin F. Arthur